United States District Court
Southern District of Texas
ENTERED
JUL 09 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 08 1998
Michael N. Milby
Clerk of Court

9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL RAUL ROJAS, <br> Plaintiff, § § § § | |
| VS. § | CIVIL ACTION NO. B-98-036 |
| § | (JURY REQUESTED) |
| THE CITY OF HARLINGEN and <br> D. CICCHELLI, <br> Defendants. § § § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c), all parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including trial and judgment.

| Signature | Party Represented | Date |
|---|---|---|
| Randy Cleveland | Plaintiff/Miguel Raul Rojas | 6/15/98 |
| George C. Kraehe | Defendant/City of Harlingen and and D. Cicchelli Company | 6-5-98 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

### JOHN WILLIAM BLACK

to conduct all further proceedings, including final judgment.

7-8-98
Date

Filemon B. Vela
United States District Judge

1