*//*

United States District Court
Southern District of Texas
ENTERED

AUG 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 11 1998

Michael N. Milby, Clerk of Court

### ORDER

| | | |
|---|---|---|
| MIGUEL RAUL ROJAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-036 |
| | § | |
| THE CITY OF HARLINGEN AND | § | |
| D. CICCHELLI | § | |

TYPE OF CASE:          __X__  CIVIL                          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TELEPHONIC HEARING ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

TELEPHONE NO.:

**(956) 548-2570**

DATE AND TIME:

**AUGUST 12, 1998 AT 9:30 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 11, 1998

FAX TO:  MR. RANDY CLEVELAND
              MR. CHARLES WILLETTE/MR. GEORGE KRAEHE