United States District Court
Southern District of Texas
ENTERED

AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 17 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL RAUL ROJAS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-036 |
| | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF HARLINGEN and | § | |
| D. CICCHELLI, | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

On the 17th day of August, 1998, this cause came on for hearing on Defendants' Motion for Extension of Time to File Motion for Summary Judgment in connection with the above styled and numbered cause.

After hearing the argument of counsel thereafter, the Court is of the opinion that Defendants' Motion for Extension of Time to File Motion for Summary Judgment should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants' Motion for Extension of Time to File Motion for Summary Judgment be and is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendants may file a motion for summary judgment up to and including January 18, 1999.

Signed on this the 17th day of AUGUST, 1998.

_____
UNITED STATES MAGISTRATE JUDGE