16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MIGUEL RAUL ROJAS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-036 |
| | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF HARLINGEN and | § | |
| D. CICCHELLI, | § | |
| Defendants | § | |

## AGREED ORDER OF DISMISSAL

Be it remembered, on this day, came on to be considered, the above-entitled numbered matter wherein Miguel Raul Rojas is the Plaintiff and the City of Harlingen and David Cicchelli, individually and in his official capacity, are named Defendants. Upon consideration of the announcement of the parties informing the Court that this matter has been compromised and settled, the Court is of the opinion that a Dismissal is warranted and should be granted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that all of Plaintiff Miguel Raul Rojas's claims in the above-referenced matter against Defendants, the City of Harlingen and David Cicchelli, individually and in his official capacity, be and are DISMISSED with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiff and Defendants be paid by party incurring same as previously agreed to by these parties. Any and all other relief which may have been

-5-

sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this 2 O^{T}th day of OCTober 1998.

UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO BY:

Randy Cleveland, Attorney for Plaintiff

George C. Kraehe, Attorney for Defendants

-6-